**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Hue H.,

      Petitioner,

v.

Todd Blanche, *in his official capacity as Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; David Venturella, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Ryan Shea, *in his official capacity as Sheriff of Freeborn County*,

      Respondents.

Case No. 26-cv-3318 (ECT/DLM)

**ORDER TO SHOW CAUSE**

---

It is **ORDERED** that:

1.    Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Hue H. by no later than July 30, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.    Respondents' answer should include:

a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b.      A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

c.      Respondents' recommendation on whether an evidentiary hearing should be conducted; and

e.      Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3.      If Petitioner intends to file a reply to respondents' answer, he must do so by no later than August 6, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.


DATED: July 17, 2026                          s/Douglas L. Micko
                                             DOUGLAS L. MICKO
                                             United States Magistrate Judge


2