# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Hue H.,

                    Petitioner,

v.

Todd Blanche, *in his official capacity as Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; David Venturella, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Ryan Shea, *in his official capacity as Sheriff of Freeborn County*,

                    Respondents.

Case No. 26-cv-3318 (ECT/DLM)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

DATED:  July 20, 2026

_s/Douglas L. Micko_
DOUGLAS L. MICKO
United States Magistrate Judge

1