UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Hue H.,

Petitioner,

v.

Todd Blanche, *in his official capacity as Attorney General of the United States*; Markwayne Mullin, *in his official capacity as Secretary of the Department of Homeland Security*; David J. Venturella, *in his official capacity as Acting Director of United States Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Ryan Shea, *in his official capacity as Sheriff of Freeborn County*,

Respondents.

File No. 26-cv-03318 (ECT/SGE)

**ORDER**

---

Petitioner Hue H. filed a Petition for Writ of Habeas Corpus on July 16, 2026 [ECF No. 1], and Judge Bullard issued a Report and Recommendation on August 26, 2026 [ECF No. 9]. The parties have informed me that Hue was removed to Laos on September 8, 2026. ECF Nos. 12–13. Because Hue has been removed and is no longer in Respondents' custody, I do not have the ability to grant him habeas relief. Hue's habeas petition is therefore moot. *See, e.g.*, *Morley v. Trump*, No. 25-cv-1580 (KMM/JFD), 2025 WL 1757639, at *2 (D. Minn. June 25, 2025) (finding a habeas petition moot where petitioner was removed from the United States).

Therefore, based on the foregoing, and on all the files, records, and proceedings in this case, **IT IS ORDERED** that:

1. Petitioner Hue H's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED** as moot; and

2. The Report and Recommendation [ECF No. 9] is **REJECTED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 16, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court